Riches v. Sherwin-Williams Co. et al — Doc. 1
Case 7:08-cv-00166-sgw-mfu Document 1 Filed 02/20/2008 Page 1 of 2
United States District Court
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
RECEIVED 2008
CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

Jonathan Lee Riches,
Plaintiff

v.

Sherwin-Williams Co.; FCI Williamsburg,
Defendants

7:08 CV 00166

28 USC 2241/ The manner in which my sentence has been executed and the horrible conditions at FCI Williamsburg. Plaintiff is at FCI Williamsburg. Inside plaintiffs cell along the wall is a texture that is painted by Sherwin-Williams dutch boy paint. The paint keeps chipping away on 1-10-08, 12-16-07, 11-5-07, 3 times chips of paint went in plaintiffs eyes causing them red and itchyness. The walls also feel like sandpaper, if you rub against them you get scraped, this causes staph infection. Plaintiff seeks a transfer to a new facility, and compel FCI Williamsburg to get a new brand of paint which does not cause plaintiff serious bodily harm.

Legal Mail

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
15 FEB 2008 PM 1 L

United States District Court
Western District of Virginia
Clerk of Court
Poff Federal Bldg.
210 Franklin Rd
Roanoke, Virginia 24011

24011+2203

"LET US DARE TO THINK, SPEAK AND John Adams, 1765